IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

John James Williams

(Enter the full name of the plaintiff.)

FILED

APR 0 8 2022

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ ꞗꞯ _____ ,DEPUTY

v.

Case No. ___CIV-22-304-D___
(Court Clerk will insert case number)

(1) CAPT WEAVOR ,

(2) WARDEN LUKe PeTTiGReW

(3) JOSePh HARP CORReCTiONAL CeNTeR

(Enter the full name of each defendant. Attach
additional sheets as necessary.)

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

### Initial Instructions

1.     You must type or legibly handwrite the Complaint, and you must answer all questions concisely and in the proper space. Where more space is needed to answer any question, you may attach a separate sheet.

2.     You must provide a full name for each defendant and describe where that defendant resides or can be located.

3.     You must send the original complaint and one copy to the Clerk of the District Court.

4.     You must pay an initial fee of $400 (including a $350 filing fee and a $50 administrative fee). The complaint will not be considered filed until the Clerk receives the $400 fee or you are granted permission to proceed *in forma pauperis*.

5.     If you cannot prepay the $400 fee, you may request permission to proceed *in forma pauperis* in accordance with the procedures set forth in the Court's form application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915; Local Civil Rule 3.3.

6. *Do not include claims relating to your criminal conviction or to prison disciplinary proceedings that resulted in loss of good time credits.*

- If a ruling in your favor "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims in a civil rights complaint unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.

<u>Claims</u>

List the federal right(s) that you believe have been violated, and describe what happened. Each alleged violation of a federal right should be listed separately as its own claim.

1.   **Claim 1:**

(1)   List the right that you believe was violated:

8th Amendment cruel unusual Punishment
14th Amendment due Process

(2)   List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

Mantal Health
Joseph Harp Corr Center

- If the court grants your request, the $50 administrative fee will not be assessed and your total filing fee will be $350.

- You will be required to make an initial partial payment, which the court will calculate, and then prison officials will deduct the remaining balance from your prison accounts over time.

- These deductions will be made until the entire $350 filing fee is paid, **regardless of how the court decides your case.**

7.     The Court will review your complaint before deciding whether to authorize service of process on the defendants. *See* 28 U.S.C. §§ 1915(e)(2), 1915A; 42 U.S.C. § 1997e(c)(1). If the Court grants such permission, the Clerk will send you the necessary instructions and forms.

8.     If you have been granted permission to proceed *in forma pauperis*, the United States Marshals Service will be authorized to serve the defendants based on information you provide. If you have not been granted permission to proceed *in forma pauperis*, you will be responsible for service of a separate summons and copy of the complaint on each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.


## COMPLAINT

I.     **Jurisdiction is asserted pursuant to:**

     X   42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) (NOTE: these provisions generally apply to state prisoners), or

     ___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (NOTE: these provisions generally apply to federal prisoners)

     If you want to assert jurisdiction under different or additional statutes, list these below:

_____

_____

_____

Rev. 10/20/2015

## IV.   Parties to Current Lawsuit

State information about yourself and each person or company listed as a defendant in the caption (the heading) of this complaint.

1.   Plaintiff

Name and any aliases: _John JAMES WilliAMS_

Address: _MHU-2-205 JHCC P.o. Box 548 LexingTon, OKLA 73051_

Inmate No.: _667778_

2.   Defendant No. 1

Name and official position: _CAPT WeAVeR_

Place of employment and/or residence: _Joseph HARP CORR CenTeR LexingTon, OKLAHOMA_

How is this person sued? (X) official capacity, (X) individual capacity, ( ) both

3.   Defendant No. 2

Name and official position: _W. E. Miles DocToR._

Place of employment and/or residence: _Joseph HARP CORR. CenTeR DocToR FoR All of Joseph HARP CORR CenTeR_

How is this person sued? ( ) official capacity, ( ) individual capacity, (X) both

If there are more than two defendants, describe the additional defendants using this same format on a separate sheet(s).

Rev. 10/20/2015

(3)   List the supporting facts:

DOC FOR JOSEPh HARP CORRECTIONAL
CENTER LEXINGTON, OKLAHOMA 73051
VIOLATIONS OF ALL MY CIVIL RIGHTS
MY CONSTITUTIONAL RIGHTS MY EQUAL RIGHTS
MY PRISON RIGHTS MY HUMAN RIGHTS

(4)   Relief requested:  (State briefly exactly what you want the court to do for you.)

I WOOD LIKE THE COURT TO GIVE ME A PARDON
AND $6.4 MILLION AND NINE EIGHT THOUSAND $
TWO THOUSAND TIMES

2.   **Claim II:**

(1)   List the right that you believe was violated:

MY CONSTITUTIONAL MY HUMAN RIGHTS MY PRISON RIGHTS
MY EQUAL RIGHTS MY FREE SPEECH ACT RIGHTS MY
RIGHTS TO SEE A OUTSIDE DOCTOR AND GO TO A OUT-
SIDE HOSPITAL MY HEALTH CARE RIGHTS.

(2)   List the defendant(s) to this claim:  (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

Doc WITH JOSEPh HARP CORR CENTER
W.E.MILES MEDICAL
CAPT WEAVER FOR SECURITY MHU-UNIT
LUKE PETTIGREW WARDEN

Rev. 10/20/2015